UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE MORRIS,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 18-cv-12702
Hon. Matthew F. Leitman

_____/

## ORDER (1) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #11) AND (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF #10)

In this action, Plaintiff Jermaine Morris challenges the denial of his application for disability insurance benefits. (*See* Compl., ECF #1.) Morris and Defendant Commissioner of Social Security have now filed cross-motions for summary judgment. (*See* Motions, ECF ## 10, 11.)

On August 2, 2019, the assigned Magistrate Judge issued a Report and Recommendation in which she recommended that the Court grant the Commissioner's motion and deny Morris' motion (the "R&R"). (*See* R&R, ECF #12.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted to seek review of his recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.* at Pg. ID 577-78.)

1

Morris has not filed any objections to the R&R. The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). In addition, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because Morris has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to grant the Commissioner's Motion for Summary Judgment and deny Morris' Motion for Summary Judgment is **ADOPTED**.

**IT IS FURTHER ORDERED** that (1) the Commissioner's Motion for Summary Judgment (ECF #11) is **GRANTED** and (2) Morris' Motion for Summary Judgment (ECF #10) is **DENIED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 20, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 20, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764